UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT DEEMER

VERSUS

RICHARD BRAZZELL, ET AL

CIVIL ACTION

NO. 10-214-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 22, 2011. Plaintiff has filed an untimely objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Robert Deemer shall be **DISMISSED WITH PREJUDICE** as untimely, pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, March 21, 2011.

---

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA