UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT DEEMER (#120219)

| | |
|---|---|
| VERSUS | CIVIL ACTION |
| RICHARD BRAZZELL, ET AL | NUMBER 10-214-BAJ-SCR |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the above captioned case in which the detention complained of arises out of process issued by a state court, or the final order in a proceeding under § 2255, the Court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

> a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the magistrate judge's report (record document number 14).

Baton Rouge, Louisiana, March 23, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA